# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**DE JESUS-CALCANO et al,**
    **Plaintiff,**

    **v.**                                       **Civil No. 24-01519 (ADC)**

**DEPARTMENT OF EDUCATION OF**
**PUERTO RICO et al,**
    **Defendant.**

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued its Order on March 4th, 2025, at Docket No. 15.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 21st day of March 2025.

                                        ADA I. GARCIA-RIVERA, CPA, ESQ.
                                        Clerk of the Court


                                        By: *S/Verónica S. Otero-Rivera*
                                            Verónica S. Otero-Rivera
                                            Courtroom Deputy Clerk